UNITED STATES BANKRUPTCY COURT
_____Eastern DISTRICT OF _New York_____

| In re BC of Queens Inc | Case No. 1-1741880-nhl |
|---|---|
| **Debtor** | Reporting Period: June1 -30, 2017 |
| | Federal Tax I.D. # 74-3158612 |

### CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _William Vil_     Date 7/10/17

Signature of Authorized Individual* _William Vil_     Date 7/10/17

Printed Name of Authorized Individual _William Vil_     Date 7/10/17

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| n re | BC of Queens Inc | | 1-1741880-nhl | |
|------|------------------|---|---------------|---|
| | **Debtor** | | June1-30,2017 | |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| **ACCOUNT NUMBER (8239)** | OPER | UNDEPOSTED | TD Bank-DIO | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH June 1,2017** | 91 | 1310 | 0 | 1401 |
| **RECEIPTS** | | | | |
| RENT COLLECTED | 0 | 0 | 11950 | 11950 |
| RENT RECEIVABLE - PREPETITION | | | 11950 | |
| RENT RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | 0 | | | |
| SALE OF ASSETS | 0 | | | |
| OTHER (atm) | 0 | | | 0 |
| TRANSFERS (FROM ACCTS) | 0 | | 1401 | 1401 |
| TOTAL RECEIPTS | 0 | | 13351 | 13351 |
| **DISBURSEMENTS** | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | | | 551 | 551 |
| ADMINISTRATIVE | | | 26 | 26 |
| EMERGENCY REPAIR | | | 4000 | 4000 |
| OTHER *(ATTACH LIST)* | | | | |
| OWNER DRAW * | | | | |
| TRANSFERS *(TO DIP ACCTS)* | 91 | 1310 | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | 91 | 1310 | 4577 | 4577 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | -91 | -1310 | 8774 | 8774 |
| CASH – June 30, 2017 | 0 | 0 | 8774 | 8774 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| |
|---|
| **TOTAL DISBURSEMENTS 4577** |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts)0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U. S. TRUSTEE QUARTERLY FEES 4577** |

| n re | BC of Queens Inc | 1-1741880-nhl |
|------|------------------|---------------|
|      | **Debtor**       | June1-30,2017 |

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | Operating 792118239 | Other # DIP |
|---|---|---|
| **BALANCE PER BOOKS** | 0 | 8774.01 |
| **BANK BALANCE** | 0 | 8774.01 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | | |
| OTHER *(ATTACH EXPLANATION)* | | |
| **ADJUSTED BANK BALANCE \*** | 0 | 8774.01 |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount |
|---|---|---|
| | | |
| | | |
| | | |

| CHECKS OUTSTANDING | Ck. # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



**America's Most Convenient Bank®**

T        STATEMENT OF ACCOUNT

BC OF QUEENS  INC
DEBTOR  IN POSSESSION
DIP  1-17-41880
227-02  LINDEN  BLVD
CAMBRIA HEIGHTS  NY 11411

| | |
|---|---|
| Page: | 1 of 3 |
| Statement  Period: | Jun 08 2017-Jun 30 2017 |
| Cust Ref #: | 4336529388-039-T-### |
| Primary  Account  #: | 433-6529388 |

Chapter    11  Checking
BC OF QUEENS  INC
DEBTOR IN POSSESSION
DIP 1-17-41880

Account   # 433-6529388

## ACCOUNT  SUMMARY

| | | | |
|---|---|---|---|
| Beginning   Balance | 0.00 | Average   Collected   Balance | 8,598.62 |
| Deposits | 13,350.57 | Interest   Earned  This  Period | 0.00 |
| | | Interest  Paid  Year-to-Date | 0.00 |
| Checks   Paid | 4,000.00 | Annual   Percentage    Yield  Earned | 0.00% |
| Electronic    Payments | 576.56 | Days  in Period | 23 |
| Ending  Balance | 8,774.01 | | |

## DAILY ACCOUNT  ACTIVITY

### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | DEPOSIT | 10,400.57 |
| 06/08 | DEPOSIT | 50.00 |
| 06/21 | DEPOSIT | 2,900.00 |
| | Subtotal: | 13,350.57 |

### Checks    Paid    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 06/15 | 98 | 4,000.00 |
| | Subtotal: | 4,000.00 |

### Electronic    Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/16 | ACH  DEBIT,  HARLAND   CLARKE   CHK  ORDERS    ***R*3990374100 | 26.05 |
| 06/23 | ELECTRONIC    PMT-WEB,  BANKDIRECT   CAPIT  WEB  PMTS  VQ2097 | 550.51 |
| | Subtotal: | 576.56 |

### Other    Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | MINI STMT  PREAUTH,   *****04018246060 AUT 062117  MINISTMT  PREAUTH 275  WEST  MERRICK  RD      VALLEY  STREAM  * NY | 0.00 |
| | Subtotal: | 0.00 |

How    to    Balance    your    Account

Begin by adjusting your account register as follows:

fi  Subtract any services charges shown on this statement.

fi  Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

fi  Add any interest earned if you have an interest-bearing account.

fi  Add any automatic deposit or overdraft line of credit.

fi  Review all withdrawals shown on this statement and check them off in your account register.

fi  Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶  Ending Balance        8,774.01

❷  Total Deposits    +

❸  Sub Total

❹  Total Withdrawals

❺  Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits ❷ |  |  |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals ❹ |  |  |

FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement on which the error or problem first appeared. When contacting the Bank please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

fi  Your name and account number.
fi  A description of the error or transfer you are unsure about.
fi  The dollar amount and date of the suspected error.

When making verbal inquiry the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE:

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong or if you need more information about a transaction you bill, write us at P.O. Box 1377, Lewiston Main 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone, but doing so will not preserve your rights. In your letter give us the following information:

fi  Your name and account number.
fi  The dollar amount of the suspected error.
fi  Describe the error and explain if you can, why you believe there is an error. If you need more information describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question while we investigate your question you cannot report your as delinquent or take any action to collect the amount you question.

FINANCE CHARGE Although the Bank uses the Daily Balance method to calculate the finance charge on your Money line/Overdraft protection account (the term "ODP" or "OD" refers to Overdraft Protection) the Bank discloses the Average Daily Balance on the period statement as an easier method do you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to you account and will continue until the balance has been paid in full. To compute the finance charge multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

BC OF QUEENS INC
DEBTOR IN POSSESSION
DIP 1-17-41880

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Jun 08 2017-Jun 30 2017 |
| Cust Ref #: | 4336529388-039-T-### |
| Primary Account #: | 433-6529388 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/08 | 0.00 | 06/16 | 6,424.52 |
| 06/08 | 10,450.57 | 06/21 | 9,324.52 |
| 06/15 | 6,450.57 | 06/23 | 8,774.01 |

Bank Deposits FDIC Insured TD Bank N.A. Equal Housing Lender

10:30 AM
07/11/17

**BC of Queens Inc**
**Check Detail**
June 2017

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | ach | 06/16/2017 | Harland Clarke | | TD Bank-DIP | | **-26.05** |
| | | | | | Office Supplies | -26.05 | 26.05 |
| TOTAL | | | | | | -26.05 | 26.05 |
| Check | 1 | 06/23/2017 | bank direct | | TD Bank-DIP | | **-550.51** |
| | | | | | prepaid insurance | -550.51 | 550.51 |
| TOTAL | | | | | | -550.51 | 550.51 |
| Check | 98 | 06/15/2017 | | | TD Bank-DIP | | **-4,000.00** |
| | | | | | Water main Break e... | -4,000.00 | 4,000.00 |
| TOTAL | | | | | | -4,000.00 | 4,000.00 |

**BC of Queens Inc**
**Deposit Detail**
June 2017

| Type | Num | Date | Name | Account | Amount |
|------|-----|------|------|---------|--------|
| **Deposit** | | 06/08/2017 | | TD Bank-DIP | **8,000.00** |
| | | | restaurant | Rent Receivable | -8,000.00 |
| TOTAL | | | | | -8,000.00 |
| **Deposit** | | 06/08/2017 | | TD Bank-DIP | **50.00** |
| | | | restaurant | Rent Receivable | -50.00 |
| TOTAL | | | | | -50.00 |
| **Deposit** | | 06/08/2017 | | TD Bank-DIP | **1,000.00** |
| | | | restaurant | Rent Receivable | -1,000.00 |
| TOTAL | | | | | -1,000.00 |
| **Deposit** | | 06/22/2017 | | TD Bank-DIP | **2,900.00** |
| | | | beauty salon | Rent Receivable | -2,900.00 |
| TOTAL | | | | | -2,900.00 |

In re BC of Queens Inc

**Debtor**

Case No. 1-17-41880-nhl

Reporting Period: June 1-30, 2017

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Revenues | 13650 | 31850 |
| Net Revenue | 13650 | 31850 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | 431 | 863 |
| Interest Expense | 8,580 | 20311 |
| Management Fees/Bonuses | | |
| Office Expense | 26 | 46 |
| Parking | | 1 |
| Repairs -Water main break | 9000 | 9000 |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | 4711 | 10969 |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other *(Bank Charge)* | | |
| Total Operating Expenses Before Depreciation | (22,748) | (41,190) |
| Depreciation/Depletion/Amortization | 1,239 | 2,888 |
| Net Profit (Loss) Before Other Income & Expenses | (23,987) | (44,078) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Default Interest | 6,300 | 14,917 |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | (16,637) | (27,145) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 750 | 2250 |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | (17,387) | (29,395) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re | BC of Queens Inc | | Case No. | 1-1741880-nhl |
|---|---|---|---|---|
| | Debtor | | Reporting Period: | June 1-30,2017 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | 8771 | 1401 | 172 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Rent Receivable (Net) | 24,853 | 28,150 | 12,850 |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses- Insurance | 1,338 | 1,219 | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | 34,962 | 30,770 | 13,022 |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | 580,000 | 580,000 | 580,000 |
| Land | 200,000 | 200,000 | 200,000 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:   Accumulated Depreciation | (126,907) | (125,668) | (124,019) |
| *TOTAL PROPERTY & EQUIPMENT* | 653,093 | 654,332 | 655,981 |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | 688,055 | 685,102 | 669,003 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accrued interest | 35228 | 20348 | 0 |
| Taxes Payable *(refer to FORM MOR-4)* | 10969 | 6259 | 0 |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | 2250 | 1500 | 0 |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(security deposit)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 48447 | 28107 | 0 |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | 1,773,344 | 1,773,344 | 1,773,344 |
| Priority Debt | | | |
| Unsecured Debt- Security Deposit | 3,800 | 3,800 | 3,800 |
| *TOTAL PRE-PETITION LIABILITIES* | 1,777,144 | 1,777,144 | 1,777,144 |

| | | | |
|---|---|---|---|
| *TOTAL LIABILITIES* | 1,825,591 | 1,805,251 | 1,777,144 |
| *OWNERS' EQUITY* | | | |
| Capital Stock | 200 | 200 | 200 |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (1,108,341) | (1,108,341) | (1,108,341) |
| Retained Earnings - Post-petition | (1,137,736) | (1,120,349) | |
| Adjustments to Owner Equity *(attach* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | (1,137,536) | (1,120,149) | (1,108,141) |
| **TOTAL LIABILITIES AND OWNERS'** | 688,055 | 685,102 | 669,003 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re BC of Queens Inc
   Debtor

Case No. 1-17-41880-nhl
Reporting Period: June 1-30, 2017

## RENTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 24850 |
| Plus:  Amounts billed during the period | 0 |
| Less:  Amounts collected during the period | 24850 |
| Total Accounts Receivable at the end of the reporting period | 24850 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 7650 | | | | 7650 |
| 31 - 60 days old | | | | | 0 |
| 61 - 90 days old | 2900 | 2900 | 2900 | | 8700 |
| 91+ days old | 850 | 850 | 850 | 5950 | 8500 |
| Total Accounts Receivable | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | 11400 | 3750 | 3750 | 5950 | 24850 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re BC of Queens Inc

Debtor

Case No. 1-1741880-nhl

Reporting Period: June 1-30, 2017

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | 0 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Jennifer Hester CPA | | 0 | 0 | 0 | 2250 |
| Baview Mortgage | | | | | 20800 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | 23050 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

In re _BC OF Queens Inc._
Debtor

Case No. _1-17-41880-nhl_
Reporting Period: _April 20 - 30, 2017_

## RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

Property: _227-02 Linden blvd CAMBRIA Heights NY 11411_
Square Footage: _8390_

| Tenant | Unit/Floor | Office Area | Warehouse Area | Total Sq. Ft. | # Bdrm | Lease Begin | Lease End | Lease Status | Date Lease Began | Monthly Rent | Annual Rent | Common Area Maint |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| restaurant barber | | | | 4060 | | 5 years | | 3/15/16 | 2/11/201 | 8,000 | 92,000 | |
| laundromat | | | | 5170 | | 5 years | | 04/1/13 | 9/1/204 | 1,900 | 22,800 | |
| Act-Cuyee | | | | 1752 | | years | | 7/1/16 | 4/30/21 | 2,800 | 34,800 | |
| apartment Vacant f | | | | 768 | | n/a | | n/a | n/s | 850 | 10,200 | |
| Totals | | | | | | | | | | 13,450 | 183,850 | |

In re BC of Queens Inc

Debtor

Case No. 1-1741880-nhl

Reporting Period: June 1-30, 2017

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | 6259 | 4711 | | | | 10970 |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | 6259 | 4711 | | | | 10970 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | Number of Days Past Due | | | | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | 2250 | | | | | 2250 |
| Amounts Due to Insiders | | | | | | |
| Other:      Interest | | 20311 | | | | 20311 |
| Other:Default interest | | 14917 | | | | 14917 |
| **Total Post-petition Debts** | 2250 | 35228 | | | | 37478 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In re BC of Queens Inc                                          Case No. 1-1741880-nhl
     Debtor                                          Reporting Period: June 1-30,2017

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | ✓ |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | ✓ | |
| 8 | Are any post petition payroll taxes past due? | | ✓ |
| 9 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 10 | Are any post petition real estate taxes past due? | | ✓ |
| 11 | Are any other post petition taxes past due? | | ✓ |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 13 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 14 | Are any wage payments past due? | | |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | ✓ |